UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHABAD LUBAVITCH OF<br>LITCHFIELD COUNTY, INC., | CIVIL ACTION NO.:<br>3:09 CV 1419 (JCH) |
| Plaintiff, | |
| vs. | |
| BOROUGH OF LITCHFIELD, CONNECTICUT;<br>HISTORIC DISTRICT COMMISSION OF<br>THE BOROUGH OF LITCHFIELD;<br>WENDY KUHNE, GLENN HILLMAN AND<br>KATHLEEN CRAWFORD, | |
| Defendants. | June 1, 2016 |

## PLAINTIFFS' CONSENT MOTION TO AMEND
## SCHEDULING ORDER (DKT. 234)

The Plaintiffs, Chabad Lubavitch of Litchfield County, Inc. and Rabbi Eisenbach (the "Chabad" or "Plaintiffs"), respectfully submit this Consent Motion to Amend Scheduling Order (Dkt 234), and as good cause state as follows:

1. The Court entered a Scheduling Order opening discovery in this case related to experts. (Dkt 234).

2. The Scheduling Order set various dates for the parties to disclose and depose experts. (Dkt 234). The current deadline for Plaintiffs' expert reports is June 2, 2016. (Dkt 234). The current deadline for Defendants to reveal their experts and depose new experts submitted by Plaintiffs is June 30, 2016. The current deadline for Plaintiffs to depose any of Defendants' experts is July 28, 2016.

3. The parties have conferred and suggest an additional two weeks for each deadline would benefit the case by allowing time to more fully obtain and submit the expert materials.

4.      This is the first request for an extension. No other deadlines are pending in this case and trial has not been set. The parties are currently working to set a date for Mediation. This motion is filed for good cause and not for delay of other deadlines.

5.      The Defendants consent to amending the Scheduling Order (Dkt 234) by adding two weeks to each deadline making the new deadlines as follows:

Plaintiffs' expert reports due June 16, 2016.

Defendants reveal experts and depose Plaintiffs' new experts due July 14, 2016.

Plaintiffs depose Defendants' experts due August 11, 2016.

WHEREFORE, it is respectfully requested that the Court grant this Consent Motion to Amend Scheduling Order (Dkt 234) and allow an additional two weeks for each deadline, and grant any further relief this Court deems is equitable and just.

Respectfully submitted this 1st day of June, 2016.

/s/
Kenneth R. Slater, Jr.
Fed. Bar #ct09451
(Local Counsel)
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103-4303
Telephone: (860) 297-4662
Facsimile: (860) 548-0006
Email: slater@halloran-sage.com

2

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

I hereby certify that on June 1, 2016, a copy of the foregoing Plaintiff's Motion to Amend Scheduling Order was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties of operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

/s/
Kenneth R. Slater, Jr.
Fed. Bar #ct09451
(Local Counsel)
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103-4303
Telephone: (860) 297-4662
Facsimile: (860) 548-0006
Email: slater@halloran-sage.com

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

3
HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105