UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHABAD LUBAVITCH OF<br>LITCHFIELD COUNTY, INC., | CIVIL ACTION NO.:<br>3:09 CV 1419 (JCH) |
| *Plaintiff,* | |
| vs. | |
| BOROUGH OF LITCHFIELD, CONNECTICUT;<br>HISTORIC DISTRICT COMMISSION OF<br>THE BOROUGH OF LITCHFIELD;<br>WENDY KUHNE, GLENN HILLMAN AND<br>KATHLEEN CRAWFORD, | |
| *Defendants*. | July 8, 2016 |

## DEFENDANTS' CONSENT MOTION TO MODIFY SCHEDULING ORDER

NOW COME defendants, Borough of Litchfield and the Historic District Commission of the Borough of Litchfield, and respectfully submit this *Consent Motion to Modify Scheduling Order*, and as grounds state as follows:

1. The Court ((Hall, J.) entered a Scheduling Order opening discovery in this case related to experts. (Doc. No. 234). The Court, on plaintiff's motion (Doc. No. 242), allowed a two week extension for all deadlines (Doc. No. 243).

2. The current deadline for (1) service of defendants' Rule 26 expert disclosures and (2) defendants to depose plaintiffs' newly disclosed experts, is July 14, 2016. The current deadline for plaintiffs to depose defendants' experts is August 11, 2016.

3. The parties have conferred and suggest an additional three weeks for each deadline would benefit the case by allowing time to more fully obtain and submit the expert materials.

4. This is the first request for an extension by the defendants; and, thus, the second request for an extension for the current scheduling order. No other deadlines are pending in this case and trial has not been set. The parties have scheduled a private mediation for **August 15, 2016**. This motion is filed for good cause and not for delay of other deadlines.

5. The plaintiffs consent to amending the Scheduling Order by adding three weeks to each deadline making the new deadlines as follows:

Defendants disclose experts and depose plaintiffs' new experts by August 4, 2016.

Plaintiffs depose Defendants' experts due September 1, 2016.

WHEREFORE, it is respectfully requested that the Court grant this Consent Motion to Modify Scheduling Order and allow an additional three weeks for each deadline, and grant any further relief this Court deems is equitable and just.

Respectfully submitted this 8th day of July, 2016.

DEFENDANTS,
HISTORIC DISTRICT COMMISSION OF THE
BOROUGH OF LITCHFIELD AND BOROUGH
OF LITCHFIELD


By _____/s/_____
Mark S. Shipman, Esq.
Federal Bar No.04323
C. Scott Schwefel, Esq.
Federal Bar No.19324
Shipman, Shaiken & Schwefel, LLC
433 South Main Street, Suite 319
West Hartford, CT  06110
Telephone No. (860) 606-1701
Facsimile No. (866) 431-3248
Email: mark@shipmanlawct.com
Email: scott@shipmanlawct.com

## **CERTIFICATION**

The undersigned hereby certifies that on July 8, 2016, a copy of the foregoing *Motion* was filed electronically and served by electronic service to those receiving notices through the Court's CM/ECF system.

_____/s/_____
C. Scott Schwefel