UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHABAD LUBAVITCH OF<br>LITCHFIELD COUNTY, INC., | CIVIL ACTION NO.:<br>3:09 CV 1419 (JCH) |
| *Plaintiff,* | |
| vs. | |
| BOROUGH OF LITCHFIELD, CONNECTICUT;<br>HISTORIC DISTRICT COMMISSION OF<br>THE BOROUGH OF LITCHFIELD;<br>WENDY KUHNE, GLENN HILLMAN AND<br>KATHLEEN CRAWFORD, | |
| *Defendants*. | AUGUST 3, 2016 |

## DEFENDANTS' CONSENT MOTION TO MODIFY SCHEDULING ORDER

NOW COME defendants, Borough of Litchfield and the Historic District Commission of the Borough of Litchfield, and respectfully submit this *Consent Motion to Modify Scheduling Order*, and as grounds state that the defendant's retained expert, Wayne Garrick AIA, requires an additional eight (8) days, until **August 12, 2016**, to provide drawings and plans for defendants' Rule 26 expert disclosure. The delay is attributable to Mr. Garrick not being able to obtain a pre-existing survey for the subject property which has required him to ascertain the property's boundaries, topography, utilities through other means. In turn, plaintiff requires until **October 7, 2016** to depose Mr. Garrick.

As further grounds, defendants state as follows:

1. The Court ((Hall, J.) entered a Scheduling Order opening discovery in this case related to experts. (Doc. No. 234). The Court, on plaintiff's motion (Doc. No. 242), allowed a two week extension for all deadlines (Doc. No. 243). The Court, on defendants' motion (Doc

No. 245) allowed an additional three weeks for (1) service of defendants' Rule 26 expert disclosures and (2) defendants to depose plaintiffs' newly disclosed experts (Doc No. 246).

2. Defendants' deposition(s) of plaintiff's experts are scheduled for August 4, 2016.

3. The current deadline for defendants' expert disclosures is August 4, 2016. The current deadline for plaintiffs to depose defendants' experts is September 1, 2016.

4. As stated, *supra,* an additional eight (8) days for defendants' disclosure deadline would allow the defendant's expert Wayne Garrick to complete his expert materials. The extension for the plaintiffs will allow them to schedule a deposition of defendants' expert without same interfering with plaintiff counsel's travel and trial schedule.

5. This is the second request for an extension by the defendants; and, thus, the third request for an extension for the current scheduling order. No other deadlines are pending in this case and trial has not been set. The parties have scheduled a private mediation for **August 15, 2016**. This motion is filed for good cause and not for delay of other deadlines.

6. The plaintiffs consent to amending the Scheduling Order by adding eight (8) days to each deadline making the new deadlines as follows:

> Defendants disclose its expert by August 12, 2016.
>
> Plaintiffs depose defendants' experts due October 7, 2016.

WHEREFORE, it is respectfully requested that the Court grant this *Consent Motion to Modify Scheduling Order* and allow the aforementioned extensions for each respective deadline, and grant any further relief this Court deems is equitable and just.

Respectfully submitted this 3rd day of August, 2016.

        DEFENDANTS,
        HISTORIC DISTRICT COMMISSION OF THE
        BOROUGH OF LITCHFIELD AND BOROUGH
        OF LITCHFIELD

        By _____/s/_____
        Mark S. Shipman, Esq.
        Federal Bar No.04323
        C. Scott Schwefel, Esq.
        Federal Bar No.19324
        Shipman, Shaiken & Schwefel, LLC
        433 South Main Street, Suite 319
        West Hartford, CT  06110
        Telephone No. (860) 606-1701
        Facsimile No. (866) 431-3248
        Email: mark@shipmanlawct.com
        Email: scott@shipmanlawct.com

## **CERTIFICATION**

The undersigned hereby certifies that on August 3, 2016, a copy of the foregoing *Motion* was filed electronically and served by electronic service to those receiving notices through the Court's CM/ECF system.

        _____/s/_____
        C. Scott Schwefel