UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHABAD LUBAVITCH OF<br>LITCHFIELD COUNTY, INC.,<br>and RABBI JOSEPH EISENBACH,<br><br>      Plaintiffs,<br><br>vs.<br><br>BOROUGH OF LITCHFIELD, CONNECTICUT;<br>HISTORIC DISTRICT COMMISSION OF<br>THE BOROUGH OF LITCHFIELD;<br>GLENN HILLMAN AND KATHLEEN CRAWFORD,<br><br>      Defendants. | CIVIL ACTION NO.:<br>3:09 CV 1419 (JCH)<br><br><br><br><br><br><br><br><br><br><br>April 13, 2017 |

## PLAINTIFFS' STATUS REPORT

The Plaintiffs, Chabad Lubavitch of Litchfield County, Inc., and Rabbi Joseph Eisenbach respectfully submit this Status Report.

1. The Court entered an Order requiring Status Reports regarding the parties' efforts to settle this case. (Dkt 264).

2. The parties are still working on conditions of the settlement, including those addressed with the Court on March 13, 2017, and alternatives in a good faith effort to find a resolution of this case.

3. The parties expect to have additional data available for the Court next week and will supplement this Status Report before April 21, 2017.

Respectfully submitted this 13th day of April, 2017.

                    By:    /s/ Frederick H. Nelson
                         Frederick H. Nelson
                         Bar No. PHV03633
                         (Lead Trial Counsel)
                         **AMERICAN LIBERTIES INSTITUTE**
                         P.O. Box 547503
                         Orlando, FL  32854-7503
                         Email: Rick@ali-usa.org
                         Telephone: (407) 786-7007
                         Facsimile: (877) 786-3573
                         (Admitted *pro hac vice*)

## CERTIFICATION

  I hereby certify that on April 13, 2017, a copy of the foregoing Plaintiffs' Status Report was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties of operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

                By: /s/ Frederick H. Nelson
                  Frederick H. Nelson
                  Bar No. PHV03633
                  (Lead Trial Counsel)
                  **AMERICAN LIBERTIES INSTITUTE**
                  P.O. Box 547503
                  Orlando, FL  32854-7503
                  Email: Rick@ali-usa.org
                  Telephone: (407) 786-7007
                  Facsimile: (877) 786-3573
                  (Admitted *pro hac vice*)