# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

CHABAD LUBAVITCH OF                                   CIVIL ACTION NO.:
LITCHFIELD COUNTY, INC., et al.,                      3:09 CV 1419 (JCH)

    *Plaintiffs,*

vs.

BOROUGH OF LITCHFIELD et al;

    *Defendants*.                                    JUNE 23, 2017


## DEFENDANTS' MOTION IN LIMINE TO PRECLUDE ANY EVIDENCE OR REFERENCES TO HISTORICAL PERSECUTION OF THE JEWISH COMMUNITY

The defendants, Borough of Litchfield and the Historic District Commission of the Borough of Litchfield, respectfully move to preclude plaintiffs from offering any evidence or making any references at trial of this matter to any of the historical and cultural detail of the persecution of the Jewish community, as referenced in Plaintiffs' *Third Amended Complaint*, as same are not relevant pursuant to Fed. R. Evid. 402 and any probative value of such evidence is substantially outweighed by unfair prejudice, and is misleading per Fed. R. Evid. 403[1]. Furthermore, defendants, before commencement of voir dire, respectfully move that counsel for the plaintiff and, through such counsel, any and all defense witnesses, be instructed to refrain from making any mention, interrogation, argument, or statement, directly or indirectly, in any manner whatsoever, of any of the matters set forth herein.  Permitting interrogation of witnesses, comments to jurors or prospective jurors, statement or argument to such jurors, or offers of

---

[1] FRE Rule 403 provides: "The court may exclude relevant evidence if its probative value is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence."

evidence concerning these matters will prejudice the jury or be fundamentally unfair to the defendants.

Plaintiffs, in their operative Complaint (see ¶¶ 40-45), advance allegations that the Jewish community has long been the targets of discrimination from the Nazis and allegations related to the "Village of Airmont", that the Jewish Community has long been the victims of "systematic slaughter" and because of such a history, they now acutely need new synagogues all across America and the world.  Such history is simply not relevant to any issues in this case and any evidence or testimony of same would be unfairly prejudicial.

For the foregoing reasons, the defendant respectfully requests that plaintiffs be precluded from offering any evidence or making any references at trial of this matter to any historical and cultural detail of the persecution of the Jewish community.


DEFENDANTS,
HISTORIC DISTRICT COMMISSION OF
THE BOROUGH OF LITCHFIELD
ANDBOROUGH OF LITCHFIELD


By _____/s/_____
        Mark S. Shipman, Esq.
        Federal Bar No.04323
        C. Scott Schwefel, Esq.
        Federal Bar No.19324
        Shipman, Shaiken & Schwefel, LLC
        433 South Main Street, Suite 319
        West Hartford, CT 06110
        Telephone No. (860) 606-1712
        Facsimile No. (866) 431-3248
        Email: mark@shipmanlawct.com
        Email: scott@shipmanlawct.com

## **CERTIFICATION**

 The undersigned hereby certifies that on June 23, 2017, a copy of the foregoing *Motion* was filed electronically and served by electronic service to those receiving notices through the Court's CM/ECF system.


_____/s/_____
C. Scott Schwefel