**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CHABAD LUBAVITCH OF<br>LITCHFIELD COUNTY, INC., et al., | CIVIL ACTION NO.:<br>3:09 CV 1419 (JCH) |
| *Plaintiffs,* | |
| vs. | |
| BOROUGH OF LITCHFIELD et al; | |
| *Defendants.* | JUNE 23, 2017 |

## DEFENDANTS' MOTION IN LIMINE TO PRECLUDE EXPERT TESTMONY OF MICHAEL BOE

The defendants, Borough of Litchfield and the Historic District Commission of the Borough of Litchfield, respectfully move to preclude plaintiffs from offering any expert testimony from Michael Boe. As grounds, defendants state as follows:

1. Plaintiffs identify Michael Boe, in the parties' Joint Trial Memorandum, as an expert witness[1] who they may call. (Section 12(d)(i), at page 8, of the parties' *Pre-Trial Memorandum*).

2. Plaintiffs, however, failed to properly disclose Mr. Boe's expert testimony pursuant to Fed.R.Civ.P 26(a)(2)(A), provide a written report pursuant to Fed.R.Civ.P 26(a)(2)(B), or provide any disclosure pursuant to Fed.R.Civ.P 26(a)(2)(C).

3. Plaintiff cannot, now, be permitted to adduce expert testimony from Mr. Boe without having served the proper disclosures, apprising defendants of the facts and expert

---

[1] Defendants have no objection to Michael Boe testifying as a percipient witness.

opinions to which he will testify, and allowing defendants to conduct discovery regarding such testimony as same would result in unfair prejudice.

For the foregoing reasons, the defendants respectfully request that Michael Boe be precluded offering any expert testimony at the trial of this matter..

DEFENDANTS,
HISTORIC DISTRICT COMMISSION OF
THE BOROUGH OF LITCHFIELD
ANDBOROUGH OF LITCHFIELD

By _____/s/_____
Mark S. Shipman, Esq.
Federal Bar No.04323
C. Scott Schwefel, Esq.
Federal Bar No.19324
Shipman, Shaiken & Schwefel, LLC
433 South Main Street, Suite 319
West Hartford, CT 06110
Telephone No. (860) 606-1712
Facsimile No. (866) 431-3248
Email: mark@shipmanlawct.com
Email: scott@shipmanlawct.com

## **CERTIFICATION**

The undersigned hereby certifies that on June 23, 2017, a copy of the foregoing *Motion* was filed electronically and served by electronic service to those receiving notices through the Court's CM/ECF system.

_____/s/_____
C. Scott Schwefel