|  |  |
|---|---|
| HONORABLE: | Janet C. Hall |
| DEPUTY CLERK | Diahann Lewis |
| RPTR/ECRO/TAPE | Terri Fidanza |

Civil-Trial (3/7/2011)

TOTAL TIME: 4 hours 45 minutes
DATE: 7/25/2017   START TIME: 9:30   END TIME: 3:00
LUNCH RECESS FROM: 12:45 TO: 1:30
RECESS (if more than ½ hr) FROM: _____ TO: _____

CIVIL NO. 3:09cv1419 (JCH)

Chabad
vs
Litchfield et al

Dalton
— Plaintiff's Counsel

Schwefel/Shipman
— Defendant's Counsel

## CIVIL JURY/COURT TRIAL

- [ ] ......Jury of _____ reported. [ ] Jury sworn
- [ ] ......Juror # _____ excused.
- [ ] ......Jury Trial held [ ] Jury Trial continued until _____ at _____
- [✓] ...... [✓] Court Trial begun [ ] Court Trial held [✓] Court Trial continued until 7/26/2017
- [ ] ......Court Trial concluded [ ] DECISION RESERVED
- [ ] ....# ____ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ....# ____ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ....# ____ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ....# ____ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ...... Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ...... Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ...... Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ...... Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [✓] ...... Doc. No. 302 - is So Ordered   [ ] filed [ ] docketed
- [✓] ...... Doc. No. 304 - Motion for Sequestration - granted as stated on record.   [ ] filed [ ] docketed
- [ ] ...... _____ [ ] filed [ ] docketed
- [ ] ...... _____ [ ] filed [ ] docketed
- [ ] ...... _____ [ ] filed [ ] docketed
- [ ] ......Plaintiff(s) rests [ ] Defendant(s) rests
- [ ] ......Briefs(s) due [ ] Pltf ____ [ ] Deft ____ [ ] Reply ____
- [ ] ...... [ ] Summations held [ ] Court's Charge to the Jury
- [ ] ......All full exhibits, [ ] Verdict form, [ ] Interrogatories to the jury handed to jury
- [ ] ......Jury commences deliberations at _____
- [ ] ......Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
- [ ] ......SEE page 2 for verdict
- [ ] ......COPY TO: JURY CLERK with daily juror attendance sign-in sheet

☐ ......... Court declares MISTRIAL

☐ ......... Verdict Form filed

☐ ......... VERDICT: _____

_____

_____

_____

_____

☐ ......... Court accepts verdict and orders verdict verified and recorded

☐ ......... Jury Polled

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____