HONORABLE: Janet C. Hall

DEPUTY CLERK: Diahann Lewis     RPTR/ECRO/TAPE: Terri Fidanza

TOTAL TIME: 4 hours 45 minutes

DATE: 7/27/2017     START TIME: 9:30     END TIME: 3:00

LUNCH RECESS     FROM: 1:20     TO: 2:05

RECESS (if more than ½ hr)     FROM:     TO:

CIVIL NO. 3:09cv1419 (JCH)

Chabad Lubavitch

vs

Litchfield et al

Dalton/Slater
Plaintiff's Counsel

Shipman/Schwefel
Defendant's Counsel

## CIVIL JURY/COURT TRIAL

☐ .............Jury of _____ reported. ☐ Jury sworn
☐ .............Juror # _____ excused.
☐ .............Jury Trial held ☐ Jury Trial continued until _____ at _____
☑ ............ ☐ Court Trial begun ☑ Court Trial held ☐ Court Trial continued until 7 _____
☐ ............ Court Trial concluded ☐ DECISION RESERVED
☐ .....# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☑ ...... Proposed Findings/Conclusions to be filed by 8/2/2017. ☐ filed ☐ docketed
☐ ...... Oral Argument tentatively scheduled for 8/7 @ 9:15 a.m. ☐ filed ☐ docketed
☐ ...... _____ ☐ filed ☐ docketed
☐ ...... _____ ☐ filed ☐ docketed
☐ ...... _____ ☐ filed ☐ docketed
☑ ............ Plaintiff(s) rests ☑ Defendant(s) rests
☐ ............ Briefs(s) due ☐ Pltf _____ ☐ Deft _____ ☐ Reply _____
☐ ............ ☐ Summations held ☐ Court's Charge to the Jury
☐ ........... All full exhibits, ☐ Verdict form, ☐ Interrogatories to the jury handed to jury
☐ ........... Jury commences deliberations at _____
☐ ........... Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
☐ .......... SEE page 2 for verdict
☐ .......... COPY TO: JURY CLERK with daily juror attendance sign-in sheet

☐ ……… Court declares MISTRIAL

☐ ……… Verdict Form filed

☐ ……… VERDICT: _____

_____

_____

_____

☐ ……… Court accepts verdict and orders verdict verified and recorded

☐ ……… Jury Polled

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____