UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHABAD LUBAVITCH OF
LITCHFIELD COUNTY INC.

    Plaintiff

v.                                              3:09CV1419(JCH)

BOROUGH OF LITCHFIELD,
HISTORIC DISTRICT COMMISSION
OF THE BOROUGH OF LITCHFIELD,
    Defendants

## JUDGMENT

This matter came on for a bench trial, after being remanded from the USCA, before the Honorable Janet C. Hall, United States District Judge. On November 2, 2017 a bench trial ruling was entered in favor of plaintiff, Chabad Lubavitch of Litchfield County, Inc., granting plaintiff's claims in part, as stated in the court's Bench Trial Ruling.

The court issues a mandatory injunction, ordering the Historic District Commission of the Borough of Litchfield to approve forthwith an application of the Chabad Lubavitch of Litchfield County for a certificate of appropriateness based on the court's conclusion that the denial substantially burdened the Chabad's religious exercise without a compelling governmental interest exercised in the least restrictive means, in violation of the Religious Land Use and Institutionalized Persons Act, title 42 section 2000cc et seq, of the United States Code, within the following parameters: First, the conditions in the Commission's Decision that do not relate to the size of the addition are still in effect; Second, the Chabad is entitled to a first floor and basement level as proposed in the Boe plans; Third, because the Chabad's religious exercise will not be substantially burdened if the rabbi's residence is not inside the Chabad House,

the application should be modified to remove what is currently the second story of the Boe plans.

The Chabad is hereby ordered to submit an amended application consistent with these conditions, or a modified application if agreed to by the parties without the approval of the court, to the Historic District Commission within thirty days of the date of the court's Ruling (Doc. No. 325). Upon receipt of said application, the Commission is ordered to approve said application within thirty days. This mandatory injunction is subject to the continued jurisdiction of this court.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment and mandatory injunction are entered in accordance with the court's Bench Trial Ruling, and the case is closed.

Dated at New Haven, Connecticut, this 2nd day of November, 2017.

ROBIN D. TABORA, Clerk

By /s/ Diahann Lewis
    Deputy Clerk

Entered on Docket  11/2/2017